1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
        60 South Market Street, Suite 1200
6       San Jose, California 95113
        Telephone: (408) 535-5065
7       FAX: (408) 535-5081
        tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,           )   NO. 98-CR-40206-EXE
14                                     )
              Plaintiff,               )   NOTICE OF DISMISSAL
15                                     )
       v.                              )
16                                     )
   ANTONIO MENDOZA,                    )
17                                     )
              Defendant.               )
18                                     )
                                       )
19                                     )
                                       )
20

21

22

23       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

24  States Attorney for the Northern District of California dismisses the above superseding indictment as to

25  the following defendant (and only this defendant), and moves that the Court quash the arrest warrant

26  ////

27  ////

28  ////

NOTICE OF DISMISSAL
Case No. 98-cr-40206-EXE

1  for this defendant issued in connection with this case:  Antonio Mendoza (defendant 3).

2  DATED: October 20, 2025                              Respectfully submitted,

3                                                       CRAIG H. MISSAKIAN
                                                        United States Attorney
4

5                                                          /s/
                                                        MARTHA BOERSCH
6                                                       Chief, Criminal Division

NOTICE OF DISMISSAL
Case No. 98-cr-40206-EXE

|   |   |
|---|---|
| 1 | ORDER |

Leave is granted to the government to dismiss the superseding indictment as to the following defendant: Antonio Mendoza (defendant 3). It is further ordered that the arrest warrant for this defendant issued in connection with this case is quashed.

Date: _____

THE HONORABLE ARACELI MARTÍNEZ-OLGUÍN
United States District Judge

NOTICE OF DISMISSAL
Case No. 98-cr-40206-EXE